# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSE MARIE BUTTERFLY, JOY LYNN VALLES, and AMANDA LARSEN,<br><br>Plaintiffs,<br>v.<br><br>BENEFIS HEALTH SYSTEM, et al.,<br><br>Defendants. | CV-19-23-GF-BMM-JTJ<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Plaintiff Rose Marie Butterfly ("Butterfly") moved to dismiss all of her claims in this matter given that they overlap with the claims she has asserted in the related case (CV-18-96). (Doc. 7 at 1).

Magistrate Judge Johnston entered Findings and Recommendations on May 28, 2019. *Id.* Judge Johnston recommends that Butterfly's motion to dismiss be granted. *Id.*

No party filed objections to Judge Johnston's Findings and Recommendations. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus.*

1

*Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

**ORDER**

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 7) are **ADOPTED IN FULL**.

**IT IS ORDERED** that Butterfly's oral Motion to Dismiss is GRANTED.

**IT IS ORDERED** that Butterfly's claims in this action (CV-19-23) are DISMISSED without prejudice.

DATED this 25th day of July, 2019.

Brian Morris
United States District Court Judge