# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| JOY LYNN VALLES and AMANDA LARSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>BENEFIS HEALTH SYSTEM, et al.,<br><br>Defendants. | CV 19-23-GF-BMM-JTJ<br><br><br>**FINDINGS AND RECOMMENDATIONS** |

Plaintiffs filed this action pro se on March 25, 2019.  (Doc. 4).  Plaintiffs did not serve the Defendants with process within the 90-day time period described in Rule 4 of the Federal Rules of Civil Procedure.

The Court issued an Order on March 18, 2020, giving Plaintiffs an additional 4 weeks to serve the Defendants with process.  (Doc. 9).  The Court directed Plaintiffs to serve the Defendants with process on or before April 17, 2020.  (Doc. 9 at 1).  The Court informed Plaintiffs that this action may be dismissed without prejudice if they failed to serve the Defendants with process on or before April 17, 2020.  (Doc. 9 at 1-2).

The record reflects that Plaintiffs have not served the Defendants with process.

Accordingly, IT IS HEREBY RECOMMENDED:

1.      This case should be dismissed without prejudice for failure to serve the Defendants with process.

2.      The Court should direct the Clerk of Court to enter judgment accordingly.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge.

DATED this 15th day of June, 2020.

John Johnston
United States Magistrate Judge