IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOY LYNN VALLES and AMANDA LARSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>BENEFIS HEALTH SYSTEM, et al.,<br><br>Defendants. | CV 19-23-GF–BMM–JTJ<br><br>ORDER |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on June 15, 2020. (Doc. 10.) Judge Johnston recommended that this case should be dismissed without prejudice for failure to serve the Defendants with process.

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States*

*v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 10) are **ADOPTED IN FULL**. Plaintiff's Complaint (Doc. 4) is dismissed without prejudice for failure to serve. The Clerk of the Court shall enter judgment accordingly.

DATED this 6th day of July, 2020.

_____
Brian Morris, Chief District Judge
United States District Court