UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOY LYNN VALLES and AMANDA LARSEN,<br><br>Plaintiff,<br><br>vs.<br><br>BENEFIS HEALTH SYSTEMS, et al.,<br><br>Defendant. | Case No. CV-19-23-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED IT IS ORDERED that Judge Johnston's Findings and Recommendations are ADOPTED IN FULL. Plaintiff's Complaint is dismissed without prejudice for failure to serve.

Dated this 7th day of July, 2020.

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk